| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter   11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Key Digital Systems Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
13-4080962

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 521 East Third Street<br>Mount Vernon, NY 10553 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.keydigital.org

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor  Key Digital Systems Inc._____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3343__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                   Relationship _____
District _____ When _____            Case number, if known _____

Debtor __Key Digital Systems Inc._____  Case number (*if known*)_____
      Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Key Digital Systems Inc.                              Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 3, 2023
              MM / DD / YYYY

X  /s/   Mikhail Tsinberg                              Mikhail Tsinberg
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X  /s/ Dawn Kirby                                      Date   March 3, 2023
   Signature of attorney for debtor                           MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone   (914) 401-9500      Email address   dkirby@kacllp.com

2733004 NY
Bar number and State

Fill in this information to identify the case:

Debtor name: Key Digital Systems Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO BOX 650448<br>Dallas, TX 75265 | | | | | | $8,126.63 |
| Blue Ridge Communications<br>PO Box 316<br>Palmerton, PA 18071 | | | | | | $342.02 |
| Chase Cardmembers Services<br>PO Box 1423<br>Charlotte, NC 28201 | | | | | | $7,000.00 |
| Chase Cardmembers Services<br>PO Box 1423<br>Charlotte, NC 28201 | | | | | | $23.75 |
| CTS Electronics<br>A-906, Digital Empire,<br>980-3,<br>Yeongtong-Dong,<br>Yeongtong-Gu,<br>Suwon City,<br>Kyungki-Do, Korea | | Trade debt | | | | $561,218.03 |
| Cypress Fairbanks Tax Assessor<br>Little Rock, AR 72216-3908 | | | | | | $2,196.27 |
| Fed Ex<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | | | | | | $334.53 |
| First Allmerica Financial Life Ins. Comp<br>PO Box 71223<br>Charlotte, NC 28272 | | | | | | $1,795.00 |

Debtor  Key Digital Systems Inc.                                  Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD BaseT Alliance  3855 SW 153rd Drive  Beaverton, OR 97003 | | | | | | $5,000.00 |
| Hongkong Corenex Technology Co., Limited  12/F San Toi Building 137-139 Connaught Road, Central, Hong Kong | | | Disputed | | | $1,899,968.23 |
| MTEA Technology Co., Ltd.  Block A, 4th Floor, Dajiahao Square, No.362. 2nd Yu'an Road, Bao'an District, Shenzhen, China, 518133 | | Trade debt | | | | $134,062.50 |
| Protech Electronics & Technology Limited  12A floor, Building 12, ZHX Innovation Industrial City No. 12th, Ganli 6 Road, Jihua Street, Longgang District, Shenzhen, Shenzhen, 518111, China | | Trade debt | | | | $54,682.00 |
| SHENZHEN HUIYING INTERNATIONAL FREIGHT A  22c, block a, Shanhai Siji garden, beishandao, Yantian street, Yantian District, Shenzhen | | Shipping Services | | | | $29,217.85 |
| Tonlyware Technology Co., Ltd.  Floor 2, Block B,Building 5 Skyworth Innovation Valley, Shenzhen, Shenzhen, 518108, China | | Trade debt | Disputed | | | $2,607,865.69 |
| Uline  PO Box 88741  Chicago, IL 60680 | | | | | | $536.20 |
| UPS  PO Box 809488  Chicago, IL 60680 | | Utilities | | | | $962.76 |

Debtor    Key Digital Systems Inc.                                    Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Verizon<br>PO Box 15043<br><br>Albany, NY 12212-5043 | | Utilities | | | | $827.79 |
| Verizon Wireless<br>PO Box 408<br>Newark, NJ 07101-0408 | | Utilities | | | | $1,751.72 |

**United States Bankruptcy Court**
Southern District of New York

| | |
|---|---|
| In re   Key Digital Systems Inc. | Case No.   23- |
| Debtor(s) | Chapter   11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mikhail Tsinberg, declare under penalty of perjury that I am the President of Key Digital Systems Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the first day of March 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mikhail Tsinberg, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mikhail Tsinberg, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mikhail Tsinberg, President of this Corporation is authorized and directed to employ Dawn Kirby , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date   March 2, 2023                                Signed   /s/ Mikhail Tsinberg
                                                                   Mikhail Tsinberg

# Resolution of Board of Directors
## of
## Key Digital Systems Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mikhail Tsinberg, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mikhail Tsinberg, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mikhail Tsinberg, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date: March 2, 2023

Signed: /s/ Mikhail Tsinberg

# United States Bankruptcy Court
## Southern District of New York

In re: Key Digital Systems Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 3, 2023

/s/ Mikhail Tsinberg
Mikhail Tsinberg/President
Signer/Title

American Express
PO BOX 650448
Dallas, TX 75265


American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184


Blue Ridge Communications
PO Box 316
Palmerton, PA 18071


Chase Cardmembers Services
PO Box 1423
Charlotte, NC 28201


CTS Electronics
A-906, Digital Empire, 980-3, Yeongtong-


Cypress Fairbanks Tax Assessor
Little Rock, AR 72216-3908


Digital Hifi, Inc.
521 East 3rd Street
Mount Vernon, NY 10553


Fed Ex
PO Box 371461
Pittsburgh, PA 15250-7461


First Allmerica Financial Life Ins. Comp
PO Box 71223
Charlotte, NC 28272


HD BaseT Alliance
3855 SW 153rd Drive
Beaverton, OR 97003


Hongkong Corenex Technology Co., Limited
12/F San Toi Building 137-139 Connaught


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank, N.A.
1985 Marcus Avenue
New Hyde Park, NY 11042


Meister Seelig & Fein LLP
Austin D. Kim, Esq.
125 Park Avenue, 7th Floor
New York, NY 10017

```
MTEA Technology Co., Ltd.
Block A, 4th Floor, Dajiahao Square, No.


NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


Office of the United States Trustee
One Bowling Green, Suite 511
New York, NY 10004


Protech Electronics & Technology Limited
12A floor, Building 12, ZHX Innovation I


SHENZHEN HUIYING INTERNATIONAL FREIGHT A
22c, block a, Shanhai Siji garden, beish


Tonlyware Technology Co., Ltd.
Floor 2, Block B,Building 5 Skyworth Inn


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
Attn: Jeffrey H. Schervone, Esq.
26 Federal Plaza, Room 3100
New York, NY 10278


Uline
PO Box 88741
Chicago, IL 60680


UPS
PO Box 809488
Chicago, IL 60680


Verizon
PO Box 15043
Albany, NY 12212-5043


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408
```

# United States Bankruptcy Court
## Southern District of New York

In re  Key Digital Systems Inc.                                    Case No.
                                  Debtor(s)                        Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Key Digital Systems Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| March 3, 2023 | /s/ Dawn Kirby |
| Date | Dawn Kirby |
| | Signature of Attorney or Litigant |
| | Counsel for  Key Digital Systems Inc. |
| | Kirby Aisner & Curley LLP |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | Tel: (914) 401-9500 |
| | dkirby@kacllp.com |